UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| BARBARA ARMSTRONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| YOPP PROPERTIES, | ) | No. 7:13-CV-235-FL |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 12, 2015, and for the reasons set forth more specifically therein, that the defendant's motion for summary judgment is granted. The plaintiff shall have and recover nothing from this case.

**This Judgment Filed and Entered on February 12, 2015, and Copies To:**

J. Scott Lewis (via CM/ECF Notice of Electronic Filing)
Barbara Armstrong (via U.S. Mail) 103 Apple Road, Castle Hayne, NC 28429


February 12, 2015        JULIE RICHARDS JOHNSTON, CLERK
       /s/ Christa N. Baker
       (By) Christa N. Baker, Deputy Clerk